IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | PETITION TO OPEN |
| VS. | ) | JUVENILE/ADULT RECORDS |
| | ) | |
| TUCKER JAMES MCCUNE | ) | DOCKET NO. CR 21-13-BLG-SPW |

Whereas the above-named defendant entered a plea of <u>Guilty</u> to the offenses of <u>Bank Fraud</u> and <u>Aggravated Identity Theft</u>, in United States District Court for the District of Montana, and the Court having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile and adult records pertaining to the defendant, including law enforcement, Juvenile Court, County Probation, County Welfare, and Treatment Center records, be made available.

Respectfully,

_____
Peyton Jones
United States Probation Officer

05/03/2021
_____
Date

========================
**ORDER**
========================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this ___3rd___ day of May, 2021, the release of pertinent juvenile and adult records held by any law enforcement agency, juvenile court, probation office, welfare agency, or treatment center be provided to the Petitioner or authorized agency of the United States Probation Office.

_____
Honorable Susan P. Watters
United States District Judge